DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. KEITT

No. 71 PC.

Case below: 19 N.C. App. 414.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. McKINNEY

No. 50 PC.

Case below: 19 N.C. App. 249.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. MORRISON

No. 77 PC.

Case below: 19 N.C. App. 573

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. NORMAN

No. 46 PC.

Case below: 19 N.C. App. 299.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. PERRY

No. 55 PC.

Case below: 19 N.C. App. 449.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.